CALVIN N. GABRIEL AND JANE GABRIEL, His Wife,

vs.

FRANKLIN J. GABRIEL ET AL.

*Deeds: setting aside; fiduciary relations; failure of proof; uncle and niece.*

The mere fact that a grantor is the uncle of the grantee does not constitute such a relation between parties as to cast upon the grantee the burden of establishing the validity of the deed.

On a bill of complaint to set aside a deed on the ground of undue influence, in a case where the burden was not upon the grantee to defend the deed, evidence given to show that because of weakend mental condition the grantor was apt to be particularly susceptible to such influence, is not admissible, when there is no evidence of any undue influence.

*Decided March 2nd, 1916.*

Appeal from the Circuit Court for Washington County. (KEEDY, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURK, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*A. S. Long* and *W. Colvin Chesnut* (with whom was *J. O. Snyder* on the brief), for the appellants.

*Frank G. Wagaman,* for the appellees.

STOCKBRIDGE, J., delivered the opinion of the Court of Appeals reversing the decree of the lower Court.